UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL RAY WHEELER,<br><br>                Petitioner,<br>    v.<br>JAMES COX, et al.,<br><br>                Respondents. | Case No. 3:12-cv-00469-MMD-WGC<br><br>ORDER |

On June 17, 2015, *pro se* habeas corpus petitioner Michael Ray Wheeler, who was released from the custody of the Nevada Department of Corrections on or about May 2013, filed a notice of change of address (ECF No. 36). As nearly eighteen months have passed since Wheeler has filed anything in this case, the Court directs Wheeler to file an updated notice of address, even if his address remains the same.

It is therefore ordered that within eight (8) days of this order, petitioner must file a notice of address indicating his current address, even if his address has not changed.

It is further ordered that failure to respond to this Court's order may result in dismissal of this action.

DATED THIS 8th day of September 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE