UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL RAY WHEELER,

Petitioner,

v.

JAMES COX, *et al.*,

Respondents.

Case No. 3:12-cv-00469-MMD-WGC

ORDER

This Court granted in part respondents' motion to dismiss Michael Ray Wheeler's *pro se* 28 U.S.C. § 2254 habeas petition (ECF No. 55). The Court determined that the petition contained both exhausted and unexhausted claims. The Court directed Wheeler to make a "*Rhines* election," that is, to choose from the following options:

    1.    Submit a sworn declaration voluntarily abandoning the unexhausted claims in his federal habeas petition, and proceed only on the exhausted claims;

    2.    Return to state court to exhaust his unexhausted claims, in which case his federal habeas petition will be denied without prejudice; or

    3.    File a motion asking this court to stay and abey his exhausted federal habeas claims while he returns to state court to exhaust his unexhausted claims.

*See Rhines v. Weber*, 544 U.S. 269, 276, (2005). Petitioner was expressly advised that his failure to file a motion for stay or seek other appropriate relief from this court within thirty days would result in his federal habeas petition being dismissed. The order was served on petitioner at his address of record.[1]

---

[1] Petitioner is not in custody of the State of Nevada. He had confirmed his address of record shortly before the order issued granting in part the motion to dismiss (*see* ECF No. 54).

More than the allotted time of thirty days has passed, and petitioner has failed to respond to this Court's order.

It is therefore ordered that the petition is dismissed with prejudice for petitioner's failure to respond to this Court's order.

It is further ordered that, to the extent that it is applicable in this procedural context, a certificate of appealability is denied.

It is further ordered that the Clerk enter judgment and close this case.

DATED THIS 3rd day of November 2017.

MIRANDA DU
UNITED STATES DISTRICT JUDGE